'07 CIV 7495

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------x

| | |
|---|---|
| VALJEAN BROOKSHAW, | x |
| | x |
| Plaintiff, | x |
| | x |
| -against- | x |
| | x |
| THE CITY OF NEW YORK, et al | x |
| Defendants | x |

STATEMENT OF RELATEDNESS
PURSUANT TO RULE 15 OF THE
RULES FOR THE DIVISION OF
BUSINESS AMONG DISTRICT
JUDGES

RECEIVED
AUG 24 2007
U.S.D.C. S.D. N.Y.
CASHIERS

-----------------------------------------------------------x

Now comes the plaintiff, VALJEAN BROOKSHAW by and through his counsel,

BELDOCK LEVINE & HOFFMAN, LLP and make the following statement of relatedness

pursuant to Rule 15 of the Rules for the Division of Business Among District Judges

1.    This case should be filed as related to *MacNamara, et al., v. The City of New York,*

*et al.* 04-CV-9216 (KMK)(JCF), one of literally dozens of cases arising from the arrests of

protesters during the Republican National Convention ("RNC") in New York City in the summer

of 2004 which are currently consolidated for the purposes of discovery in front of Magistrate

Judge Francis and Judge Karas. This case raises substantially identical claims concerning the

actions of defendants in preventing and/or interfering with the rights of plaintiff to engage in

First Amendment protected activity at political demonstrations during the RNC. In particular,

this case, as well as the currently consolidated cases challenge the defendants' alleged policy of

using mass arrests without probable cause not in furtherance of legitimate law enforcement ends

but rather as a means of preventing, diminishing and/or punishing lawful political sppech and

assembly.

2.    Permitting this case to be filed as related to *MacNamara*, as well as the other

consolidated RNC cases, will promote a substantial savings in judicial resources. If relatedness is

denied, two judges of this district will be asked to preside over cases which factually and legally

virtually identical claims. Permitting this case to be filed as related to *MacNamara* will eliminate

the possibility of having two judges of this district preside over claims challenging the same

policies.

Dated:      August 24, 2007
            New York, New York


                                          _____/s/_____
                                          JONATHAN C. MOORE (JM 6902)
                                          RACHEL KLEINMAN (RK 2141)

                                          **Beldock Levine & Hoffman LLP**
                                          99 Park Avenue, Suite 1600
                                          New York, New York 10016
                                          (212) 490-0400
                                          *Attorneys for the Plaintiff*