**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------------ x
**VALJEAN BROOKSHAW,**

                               **Plaintiff,**

                                                                            **NOTICE OF APPEARANCE**

     **-versus-**

**THE CITY OF NEW YORK,** *et al.***,**                                    07 Civ. 7495 (KMK)(JCF)

                                                        **Defendants.**
------------------------------------------------------------------------ x

        **PLEASE TAKE NOTICE** that **JEFFREY C. BROOKS**, Assistant Corporation Counsel, hereby appears as counsel of record on behalf of Michael A. Cardozo, Corporation Counsel of the City of New York, attorney for defendants City of New York, Michael Bloomberg, Raymond Kelly, Stephen Hammerman, Joseph Esposito, Thomas Graham, and John J. Colgan.

Dated: New York, New York
         October 3, 2007

                                                      MICHAEL A. CARDOZO
                                                      Corporation Counsel
                                                          of the City of New York
                                                     Attorney for Defendants City of New York,
                                                   Michael Bloomberg, Raymond Kelly, Stephen
                                                   Hammerman, Joseph Esposito, Thomas Graham,
                                                   and John J. Colgan
                                                   100 Church Street
                                                   New York, New York 10007
                                                   (212) 788-9736

                                                   By: _____/s/_____
                                                       Jeffrey C. Brooks (JB 0821)
                                                       Assistant Corporation Counsel
                                                       Special Federal Litigation Division