UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
VALJEAN BROOKSHAW

                Plaintiff,

  -against-

THE CITY OF NEW YORK, et al.

                Defendants.
----------------------------------------------------------X

**AFFIDAVIT OF SERVICE**

Index No. 07 Civ. 7495 (KMK)(JCF)

STATE OF NEW YORK    )
                                ) SS.:
COUNTY OF NEW YORK  )

JULIE RUSSELL, being duly sworn, deposes and says:
    I am not a party to this action, I am over 18 years of age, and reside in Brooklyn, New York.

On September 21, 2007, at about 4:53 p.m., I served on defendant THE CITY OF NEW YORK, a domestic corporation, a copy of the SUMMONS AND COMPLAINT in this action, as well as a copy of:

1. Individual Practices of USDJ Kenneth M. Karas;
2. Individual Practices of USDJ James C. Francis;
3. USDC/SDNY Instructions for Filing an Electronic Case or Appeal;
4. USDC/SDNY Procedures for Electronic Case Filing;
5. USDC/SDNY Guidelines for Electronic Case Filing

by personally delivering a true copy of each to Madelyn Santana on the 4th floor of the New York City Law Department, 100 Church Street, New York, New York 10007, who is authorized to accept service on behalf of the City of New York.

JULIE RUSSELL

Sworn to before me this
26TH day of September, 2007

NOTARY PUBLIC

CLARE R. NORINS
Notary Public, State of New York
No. 02NO6126689
Qualified in Kings County
Commission Expires May 9, 20 09

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
VALJEAN BROOKSHAW

                Plaintiff,

  -against-

THE CITY OF NEW YORK, et al.

                Defendants.
------------------------------------------------------------X

**AFFIDAVIT OF SERVICE**

Index No. 07 Civ. 7495 (KMK)(JCF)

STATE OF NEW YORK   )
                                 ) SS.:
COUNTY OF NEW YORK )

JULIE RUSSELL, being duly sworn, deposes and says:
    I am not a party to this action, I am over 18 years of age, and reside in Brooklyn, New York.

    On September 21, 2007, at about 4:53 p.m., I served on defendant MICHAEL BLOOMBERG, the Mayor of New York City, a copy of the SUMMONS AND COMPLAINT in this action, as well as a copy of:

1. Individual Practices of USDJ Kenneth M. Karas;
2. Individual Practices of USDJ James C. Francis;
3. USDC/SDNY Instructions for Filing an Electronic Case or Appeal;
4. USDC/SDNY Procedures for Electronic Case Filing;
5. USDC/SDNY Guidelines for Electronic Case Filing

by personally delivering a true copy of each to Madelyn Santana on the 4th floor of the New York City Law Department, 100 Church Street, New York, New York 10007, who is authorized to accept service on behalf of the City of New York.

                                                            JULIE RUSSELL

Sworn to before me this
26TH day of September, 2007

_____
NOTARY PUBLIC

CLARE R. NORINS
Notary Public, State of New York
No. 02NO6126689
Qualified in Kings County
Commission Expires May 9, 20 09