# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
## southern District of New York

Index Number: 07 CIV 7495

Date Filed: 10/23/07

Plaintiff:
**VALJEAN BROOKSHAW**

vs.

Defendant:
**THE CITY OF NEW YORK, et al.**

Received by ASK Litigation Support, Inc. to be served on **CAPTAIN LORENZO JOHNSON, Narcotics Div., Room 1100. One Police Plaza, New York, NY 10038**.

I, Simon Kahn, being duly sworn, depose and say that on the **18th day of October, 2007** at **3:00 pm**, I:

**Substitute Served** by giving a true copy of the **Summons & Complaint, Judge's and Magistrate's Rules including ECF** to PAA Busby accepting for Captain Johnson, who is a person of suitable age and discretion at the **actual place of business**, described within. On 10/19/07 I deposited in the United States Mail, via First Class, a true copy of the documents listed above in a properly enclosed and sealed, post-paid envelope bearing the legend 'Personal and Confidential'. The envelope did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney, or concerned an action against the person to be served, and was addressed to: **Captain Lorenzo Johnson** at the address noted above.

I am over the age of 18, not a party to this action, and reside in the State of New York.

Sworn to before me on the 18th day of October, 2007 by the affiant who is personally known to me.

NOTARY PUBLIC

JULIO AVALOS
Notary Public, State of New York
No. 01AV4708399
Qualified in Westchester County
Certificate Filed in New York County
Commission Expires Feb. 28, 2011

Simon Kahn
0842361

ASK Litigation Support, Inc.
D/B/A Firm Service
211 East 43rd Street, Suite 1901
New York, NY 10017
(212) 481-9000
Our Job Serial Number: 2007000635

Copyright © 1992-2005 Database Services, Inc. - Process Server's Toolbox V5.5j