

**MEMO ENDORSED**

MICHAEL A. CARDOZO
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

JEFFREY C. BROOKS
*Assistant Corporation Counsel*
jbrooks@law.nyc.gov
Tel.: (212) 788-9736
Fax: (212) 788-9776

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/20/07

November 14, 2007

**TIME-SENSITIVE APPLICATION**

**BY FACSIMILE**
Hon. James C. Francis IV
United States Magistrate Judge
United States District Court, Southern District of New York
500 Pearl Street
New York, NY 10007

Re: *Brookshaw v. City of New York, et al.*, 07 Civ. 7495 (RJS)(JCF)

Dear Judge Francis:

I am an Assistant Corporation Counsel assigned to the defense of the above-referenced action, one of the RNC cases currently consolidated before Your Honor. Defendants' answer to plaintiff's complaint in this action is currently set for November 15, 2007. Defendants respectfully request that the time to answer for defendant Police Officer Timothy Kraft be extended to December 6, 2007. Officer Kraft was served with process on or about October 23, 2007, and was then placed on extended sick leave on October 25, 2007 continuing through the present. I have been informed that this sick leave has included hospitalization. As such, this office has been unable to speak in person or via telephone with Officer Kraft regarding the allegations of the complaint. Plaintiff's counsel has consented to this request.

Respectfully submitted,

Jeffrey C. Brooks

cc:   Rachel M. Kleinman, Esq., Beldock Levine & Hoffmann LLP (by facsimile)

11/20/07
Application granted.
SO ORDERED.
James C. Francis IV
/JSM